**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    LaShon D Jones<br>    Toni C Jones<br>            Debtor(s) | Case No. 13-22104 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/28/2013.

2) The plan was confirmed on 08/26/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/12/2014, 11/12/2015, 08/02/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/17/2017.

6) Number of months from filing to last payment: 45.

7) Number of months case was pending: 47.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,837.00.

10) Amount of unsecured claims discharged without payment: $134,547.51.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $18,373.21 |
| Less amount refunded to debtor | $10.73 |

**NET RECEIPTS:** $18,362.48

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $845.05 |
| Other | $22.50 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,367.55

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Amex | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 21,877.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 10,666.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | 444.00 | 444.00 | 444.00 | 22.20 | 0.00 |
| BANK OF AMERICA | Unsecured | 28,323.34 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | 23,466.66 | 50,586.06 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | 9,291.88 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 600.00 | 608.46 | 608.46 | 30.42 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 261.00 | 587.35 | 587.35 | 33.02 | 0.00 |
| BUREAU OF COLLECTION RECOVER | Unsecured | 606.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finan | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITGO/CBNA | Unsecured | 928.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CALUMET CITY | Unsecured | 200.00 | 970.00 | 970.00 | 48.50 | 0.00 |
| CITY OF CHICAGO PARKING BUREAU | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HOMETOWN | Unsecured | NA | 250.00 | 250.00 | 12.50 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 300.00 | 499.44 | 499.44 | 24.97 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 1,127.00 | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | 800.00 | 815.44 | 815.44 | 40.77 | 0.00 |
| EOS CCA | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORP | Secured | 10,083.00 | 10,278.19 | 5,930.83 | 5,930.83 | 913.92 |
| EXETER FINANCE CORP | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Fedloan | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| GALWAY FINANCIAL SERVICES LLC | Unsecured | NA | 685.00 | 685.00 | 34.25 | 0.00 |
| Gecrb/Oldnav | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GENCO RECOVERY CO LLC | Unsecured | NA | NA | 19,411.15 | 970.56 | 0.00 |
| GENCO RECOVERY CO LLC | Secured | NA | 19,411.15 | 19,411.15 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 163.00 | 618.77 | 618.77 | 30.94 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 1,080.00 | 1,217.13 | 1,080.00 | 1,080.00 | 55.21 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS TITLE LOANS | Unsecured | NA | 0.00 | 137.31 | 6.87 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 504.00 | 319.01 | 319.01 | 319.01 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 610.24 | 610.24 | 30.51 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 769.00 | 769.74 | 769.74 | 38.49 | 0.00 |
| LVNV FUNDING | Unsecured | 1,393.00 | 1,164.08 | 1,164.08 | 58.20 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 421.58 | 421.58 | 21.08 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | NA | 1,231.94 | 1,231.94 | 61.60 | 0.00 |
| MOMA FUNDING LLC | Unsecured | NA | 325.00 | 325.00 | 16.25 | 0.00 |
| MRSI | Unsecured | 689.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| National Student Loan | Unsecured | 1,482.00 | NA | NA | 0.00 | 0.00 |
| National Student Loan | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| PARK MANAGEMENT & REALTY INC | Secured | 3,924.00 | 0.00 | 3,924.00 | 3,924.00 | 0.00 |
| PARK MANAGEMENT & REALTY INC | Unsecured | 3,924.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 7,201.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 4,928.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,882.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 605.00 | 605.45 | 605.45 | 30.27 | 0.00 |
| United Collect Bur Inc | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago Hopsitals | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 2,171.00 | 2,725.84 | 2,725.84 | 153.24 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 1,456.00 | 1,621.34 | 1,621.34 | 81.07 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1,840.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EAST HAZEL CREST | Unsecured | 250.00 | 250.00 | 250.00 | 12.50 | 0.00 |
| VILLAGE OF OLYMPIA FIELDS | Unsecured | 250.00 | 275.00 | 275.00 | 13.75 | 0.00 |
| WEBBANK DFS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| West Bay Acquisitions | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 13-22104   Doc 79   Filed 04/19/17   Entered 04/19/17 11:06:10   Desc Main
Document      Page 3 of 4

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,010.83 | $7,010.83 | $969.13 |
| All Other Secured | $23,335.15 | $3,924.00 | $0.00 |
| **TOTAL SECURED:** | **$30,345.98** | **$10,934.83** | **$969.13** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $319.01 | $319.01 | $0.00 |
| **TOTAL PRIORITY**: | **$319.01** | **$319.01** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$35,027.13** | **$1,771.96** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,367.55 |
| Disbursements to Creditors | $13,994.93 |
| **TOTAL DISBURSEMENTS** : | **$18,362.48** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/19/2017                By: /s/ Tom Vaughn
                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**